Anthony McREYNOLDS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 45232.

Missouri Court of Appeals,
Western District.

Sept. 8, 1992.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from denial, following evidentiary hearing, of motion for post-conviction relief pursuant to Rule 29.15.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Mark G. McCLAIN, Appellant.

No. WD 45045.

Missouri Court of Appeals,
Western District.

Sept. 8, 1992.

J. Gregory Mermelstein, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

ORDER

PER CURIAM.

Appeal from convictions of one count of burglary in the second degree, § 569.170, RSMo 1986, and one count of stealing, § 570.030, RSMo 1986.

Affirmed. Rule 30.25(b).